# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 25-MJ-0008 (GMH) |
| : | |
| **JORGE JOSE FOURNIER,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Pursuant to the motion filed by the United States, ECF __, it is hereby ordered that the Motion to Dismiss the complaint pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this _____ day of _____, 2025.

_____
G. MICHAEL HARVEY
United States Magistrate Judge