UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 25-MJ-0008 (GMH) |
| JORGE JOSE FOURNIER, | : |
| Defendant. | : |

### ORDER

Pursuant to the motion filed by the United States, it is hereby ordered that the Motion to Dismiss the complaint pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 22nd day of January, 2025.

_____
HONORABLE JAMES E. BOASBERG
Chief Judge